**Petition for Writ of Mandamus Conditionally Granted and Memorandum Opinion filed March 6, 2014.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-13-00528-CV

---

### IN RE GERALD LEE RICKS, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**County Court No. 3**
**Galveston County, Texas**
**Trial Court Cause No. 07-FD-1547**

---

## MEMORANDUM OPINION

On Monday, June 17, 2013, relator Gerald Lee Ricks filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. §22.221 (Vernon 2004); *see also* Tex. R. App. P. 52. Relator asked this Court to order the Honorable Christopher Dupuy, Judge of County Court No. 3, Galveston County, Texas, to rule on his motion for enforcement of the judgment entered in trial court cause number 07-FD-1547, styled *In the Matter of the Marriage of Eletha Lachon Ricks*

*v. Gerald Lee Ricks*.  Because respondent had been removed from the bench, we abated this proceeding to permit the Honorable Kerri Foley, presiding judge of County Court No. 3 of Galveston County, to rule on relator's motion.  As of this date, no ruling has been entered.

We therefore conditionally grant relator's the petition for a writ of mandamus.  This writ of mandamus will issue only if respondent fails to rule on relator's motion for enforcement of the judgment within thirty (30) days from the date this opinion is filed.

PER CURIAM

Panel consists of Justices Boyce, Jamison, and Busby.